## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA           *
                               *
  vs.                     *           Case. No.: 97CR-41 (CCC)
                               *
RAFAEL JOSE MEDINA-OCASIO           *
*************************************

### ORDER

Upon petition of MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court, alleging that releasee, Rafael José Medina-Ocasio, has failed to comply with his conditions of supervised release, it is

ORDERED that releasee appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to  releasee Rafaél José Medina-Ocasio, and provide defense counsel and counsel for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of          2006.


_____
**CARMEN CONSUELO CEREZO**
**U.S. DISTRICT JUDGE**