IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA '
Plaintiff '
vs ' CRIMINAL 97-0041CCC
1) RAFAEL JOSE MEDINA-OCASIO '
Defendant '

**O R D E R**

The Motion Notifying Violations of Supervised Release Conditions and Request for Issuance of Summons filed on June 22, 2006 by the U.S. Probation Officer (**docket entry 106**) is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order revocation and for report and recommendation.

The Clerk of Court to issue the corresponding **summons** forthwith to releasee Rafael José Medina-Ocasio and notify counsel for releasee and for the government with copy of this Order. The releasee to appear before the U.S. Magistrate Judge upon being summoned.

SO ORDERED.

At San Juan, Puerto Rico, on June 26, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge