# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | **CR 97-041 (CCC)** |
| | * | |
| RAFAEL JOSE MEDINA OCASIO | * | |
| | * | |
| Defendant | * | |
| -------------------------------------------------------* | | |

## MEMORANDUM OF THE CLERK

Pursuant to the Order of Referral entered by Judge Carmen Consuelo Cerezo on June 28, 2006 (dkt. #107), the Motion Notifying Violations of Supervised Release Conditions  has been assigned through random drawing within the Case Assignment System to US Magistrate Judge Camille Velez-Rivé for a report and recommendation.

At San Juan, Puerto Rico, June 28, 2006.


FRANCES RIOS DE MORAN
Clerk of Court


By:    S/ Lida Isis EGELE
Lida Isis EGELE
Operations Manager