# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA
V.
**RAFAEL JOSE MEDINA-OCASIO**
R-12 PAJUIL STREET
LAS VEGAS, CATANO 00962
WORK- USA PARKING, MARRIOTT HOTEL
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   97-CR-41(CC)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place UNITED STATES DISTRICT COURT | Room 4TH FLOOR, ROOM 499 |
|---|---|
| Before:   **MAGISTRATE JUDGE CAMILLE L. VELEZ-RIVE** | Date and Time JULY 20, 2006 AT 10:30 A.M. |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**VIOLATION TO CONDITION # 2** - DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.

**VIOLATION TO CONDITION #7** - DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS USE, DISTRIBUTE OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN.

**VIOLATION TO SPECIAL CONDITION** - IF ANY DRUG TEST SAMPLE DETECT SUBSTANCE ABUSE, THE DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE PROGRAM ARRANGED AND APPROVED BY THE PROBATION UNTIL DULY DISCHARGED BY AUTHORIZED PROGRAM PERSONNEL WITH THE APPROVAL OF THE U.S. PROBATION OFFICER.

CAMILLE L. VELEZ-RIVE, U.S. MAGISTRATE JUDGE
Name and Title of Issuing Officer

S/CAMILLE L. VELEZ-RIVE
Signature of Issuing Officer

JULY 10, 2006
Date

Carmen Ramirez wife

## RETURN OF SERVICE

Service was made by me on:[1]    Date  7-13-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Carmen Ramires - Wife

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7-13-06
           Date

Herman Wirshing
Name of United States Marshal

Efrain Ortiz - Guard
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.