# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: July 20, 2006**

**COURTROOM DEPUTY: Yelitza RIVERA-BUONOMO**     **CV. NO. 97-41(CC)**

**COURT REPORTER: FTR**          **INT: Annie Flores**

**Probation Officer: Raul Gonzalez**

================================================================

                                                             <u>Attorneys:</u>

UNITED STATES OF AMERICA          AUSA JACABED RODRIGUEZ-COSS

v.

1-RAFAEL JOSE MEDINA               AFPD FRANCISCO VALCARCEL

================================================================

**<u>CASE CALLED FOR ORDER TO SHOW CAUSE/SUPERVISED RELEASE.</u>**

    Defendant appears in Court through summons served upon him by the USM. In this case defendant had previously retained the services of Mr. Francisco Acevedo Padilla, but that he had not been retained for further proceedings. Taking into consideration that this is the second time this case had been scheduled, the Court appointed the Federal Public Defender's Office to represent him during these proceedings.

    After interviewing defendant, and speaking with AUSA Jacabed Rodriguez and Probation Officer Raul Gonzalez, AFPD Valcarcel addressed the Court stating that they had reached an agreement as to defendant's case, seeing that defendant does have an ongoing drug problem. The parties and defendant agreed that he is to be admitted today to an inpatient drug treatment program so that he is given an opportunity to straighten his life. Therefore, defendant waived the full revocation hearing.

                                                        S/Yelitza Rivera-Buonomo
                                                                   Deputy Clerk