IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, * <br> Plaintiff * <br> * <br> vs. * <br> * <br> MEDINA-OCASIO, Rafael José * <br> Defendant * <br> ***************************************** | Case No.: 97CR-41 (CCC) |

MOTION IN COMPLIANCE WITH COURT ORDER DATED JULY 20, 2006

TO THE HONORABLE CAMILLE L. VELEZ-RIVE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court,** and in compliance with the Court Order of July 20, 2006, I am respectfully informing that offender entered Hogar San José in patient drug treatment program on July 20, 2006 for a period of 90 days as ordered by the Court. An Adjustment and Progress Report from said program reflects that offender is in the initial stage wherein he received orientation on the rules and methodology of the institution. This is the stage of initial adaptation. Offender also had various interventions with the social worker in which he obtained relapse prevention therapies. Additionally, he has received group and psychological therapies, recreational activities and medical evaluation. Due to offender's excellent adaptation to the first stage of the treatment plan and the fact that he maintains a positive attitude and integrates well to the group, it is recommended that offender remain in the program until he completes the 90 days. The main reason for this recommendation is the fact that offender had previously entered the aforementioned program on February 7, 2006, for a period of 15 days. However, three months later, that is on May 11, 2006, he commenced his non-compliance with the surprise urine program and out-patient drug treatment program once again.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court allow Mr. Rafaél Medina-Ocasio to continue his drug treatment at Hogar San José as ordered by the Court.

In San Juan, Puerto Rico, this 24th day of August 2006.

> Respectfully submitted,
>
> EUSTAQUIO BABILONIA, CHIEF
> U.S. PROBATION OFFICER
>
> s/Miriam Figueroa
> U.S. Probation Officer
> Federal Office Building, Office 400
> San Juan, PR 00918
> 787-281-4980
> 787-766-5596
> miriam_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 24, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the followings : Jacabed Rodríguez, Assistant U.S. Attorney and Francisco Valcarcel, Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 24th day of August 2006.

> s/Miriam Figueroa
> U.S. Probation Officer
> Federal Office Building, Room 400
> 150 Chardon Avenue
> San Juan, P.R. 00918-1741
> Tel. 787- 281-4980
> Fax 787-766-5945
> miriam_figueroa@prp.uscourts.gov

Case 3:97-cr-00041-CC-CVR    Document 117    Filed 08/24/2006    Page 3 of 3