### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                August 24, 2006

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

vs                                                    CRIMINAL 97-0041CCC

**RAFAEL JOSE MEDINA-OCASIO**
and RAFAEL HERNANDEZ-ROSARIO

By order of the Court, the United States and the U.S. Probation Office shall respond to the Urgent Motion to Modify Conditions of Supervised Release filed by defendant Rafael José Medina-Ocasio on August 23, 2006 (docket entry 116) by AUGUST 28, 2006.

                                              S/María M. Delgado, Secretary